```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NORTH CAROLINA
                   CHARLOTTE DIVISION
                    3:10CV36-MU-02
```

CARL LORINZO CAPERS,       )
    Plaintiff,             )
                      )
      v.                     )
                      )
LIEUTENANT PRESTON; and    )
SERGEANT PRESLY,           )
    Defendants             )
_____)

    **THIS MATTER** comes before the Court on an initial review of Plaintiff's civil rights Complaint brought pursuant to 42 U.S.C. § 1983.

    Plaintiff has filed the instant Complaint alleging certain violations of his constitutional rights.  However, the Court's review of Plaintiff's form-Complaint did not disclose full exhaustion of administrative remedies.  That is, Plaintiff's Complaint shows exhaustion through steps one and two of the inmate grievance process, but fails to disclose the completion, result or date of decision for the third and final step of that process.  Accordingly, the Court shall direct Plaintiff to file a document providing the noted missing information.

    **NOW, THEREFORE, IT IS HEREBY ORDERED that** within twenty (20) days from the date of this Order Plaintiff shall file a document explaining when he completed the third and final step of the

inmate grievance process and what the result of such process was. **Failure to respond as herein directed could result in the summary dismissal of Plaintiff's case without any further warning to him.**

SO ORDERED.

Signed: January 29, 2010

Graham C. Mullen
United States District Judge