# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carl L. Capers ,

    Plaintiff(s),

vs.

Lieutenant Preston, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:10CV36

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2010 Order.

Signed: February 22, 2010

Frank G. Johns, Clerk
United States District Court